**Lasaro RIOS–SILVA, Petitioner**

v.

**Eric H. HOLDER, Jr., Respondent.**

No. 13–1789.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 27, 2013.

Filed: Nov. 29, 2013.

Joseph J. Huprich, Huprich Law Firm, Pasadena, CA, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Assistant Director, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Lasaro Rios–Silva petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's denial of Rios–Silva's motion to reopen removal proceedings. After careful review, we conclude the denial of the motion to reopen was not an abuse of discretion. *See Kanyi v. Gonzales,* 406 F.3d 1087, 1089–90 (8th Cir.2005) (standard of re-

view). Accordingly, we deny the petition. *See* 8th Cir. R. 47B.